# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-7041**  **September Term, 2006**

03cv00213

**Filed On:** May 8, 2007 [1039073]

Shelly Parker, et al.,
    Appellants

    v.

District of Columbia and Adrian Fenty, Mayor of the
District of Columbia,
    Appellees

**BEFORE**:     Ginsburg, Chief Judge, and Sentelle, Henderson, Randolph,* Rogers,* Tatel,* Garland,* Brown, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Appellees' petition for rehearing en banc was circulated to the full court, and a vote was requested. Thereafter, a majority of the judges eligible to participate did not vote in favor of the petition. Upon consideration of the foregoing and appellees' Fed. R. App. P. 28(j) letter, it is

**ORDERED** that the petition be denied.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:

    Michael C. McGrail
    Deputy Clerk

---

* Circuit Judges Randolph, Rogers, Tatel, and Garland would grant the petition for rehearing en banc.